| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Edward R. Noyes, Jr. | COURT CASE NUMBER<br>05-11640-NG |
|---|---|
| DEFENDANT<br>Sun Life Assurance Company of Canada | TYPE OF PROCESS<br>In-Hand |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Anne Farina, Legal Department, Sun Life Assurance Company of Canada

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
SC 3208, One Executive Park, Wellesley Hills, Mass., 02481-5699

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Edward R. Noyes, Jr.
197 Hilldale Ave.
Haverhill, Mass. 01830

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Tel no. 1-300-247-6875, hours: 9:00 A.M. to 4:00 P.M.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (978) 835-8333
DATE: 09/08/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 9/21/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service / Time   am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
Need more information on address
Could not find executive park on map.
Book 10/4/05

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)

# UNITED STATES DISTRICT COURT

District of Massachusetts

EDWARD R. NOYES, Jr.

V.

SUN LIFE ASSURANCE COMPANY OF CANADA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 - 11640 NG

TO: (Name and address of Defendant)

Sun Life Assurance Company of Canada,
Attn: Anne Farina, Legal Department
SC 3208
One Sun Life Executive Park
Wellesley, Massachusetts 02481-5699

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ pro-se (name and address)

Edward R. Noyes, Jr.
197 Hilldale Ave.
Haverhill, Mass. 01830

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  8-8-05