UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred _____

Edward R. Noyes

    V.        CA/CR No. 05cv11640-NG

Sun Life Assurance       Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **ALEXANDER** for the following proceedings:

(A) Referred for full pretrial case management, including all dispositive motions.

(B) **XX** **Referred for full pretrial case management, not including dispositive motions:**

(C) Referred for discovery purposes only.

(D) Referred for Report and Recommendation on:

  ( ) Motion(s) for injunctive relief
  ( ) Motion(s) for judgment on the pleadings
  ( ) Motion(s) for summary judgment
  ( ) Motion(s) to permit maintenance of a class action
  ( ) Motion(s) to suppress evidence
  ( ) Motion(s) to dismiss
  ( ) Post Conviction Proceedings[1]
 See Documents Numbered: _____

(E) Case referred for events only. See Doc. No(s). _____

(F) Case referred for settlement.

(G) Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
  ( ) In accordance with Rule 53, F.R.Civ.P.
  ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H) **Special Instructions: For 16.b scheduling conference and all pretrial.**

2/7/06            By: /s/Maryellen Molloy
Date               Deputy Clerk

---

[1]