UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD R. NOYES, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:05-CV-11640 NG |
| SUN LIFE ASSURANCE COMPANY OF CANADA and SUN LIFE FINANCIAL, | ) ) ) ) ) |
| Defendant. | ) |

## MOTION TO ADMIT ATTORNEY BYRNE J. DECKER
## *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3

(1)  Defendant Sun Life Assurance Company of Canada ("Sun Life") seeks to have Attorney Byrne J. Decker appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to the Local Rule 83.5.3.

(2)  I, Nikolas P. Kerest, am a member of the bar of this Court and have entered an appearance for Defendant Sun Life in this case. I am an associate in the law firm of Pierce Atwood LLP.

(3)  I am actively associated with Attorney Byrne J. Decker, who is a partner at Pierce Atwood LLP.

(4)  Accompanying this Motion is a Certificate by Byrne J. Decker certifying that he meets the requirements specified in Local Rule 83.5.3.

(5)  No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

(6)  *Pro se* Plaintiff Edward R. Noyes, Jr. has agreed to the relief requested herein.

{W0452744.1}                                    1

WHEREFORE, I hereby move that Byrne J. Decker be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

Dated:   February 21, 2006

/s/ Nikolas P. Kerest
Nikolas P. Kerest
Bar No. 647462

PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100

Attorneys for Defendant
Sun Life Assurance Company of Canada

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the enclosed pleadings were served upon Plaintiff, via regular mail, postage prepaid, addressed as follows:

Edward R. Noyes, Jr.
197 Hilldale Avenue
Haverhill, MA 01830

DATED:  February 21, 2006

/s/ Nikolas P. Kerest
Nikolas P. Kerest
Bar No. 647462

PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD R. NOYES, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:05-CV-11640 NG ) |
| SUN LIFE ASSURANCE COMPANY OF CANADA and SUN LIFE FINANCIAL, | ) ) ) ) |
| Defendant. | ) ) |

**CERTIFICATE OF BYRNE J. DECKER
FOR ADMISSION *PRO HAC VICE* IN THE
U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3, Nikolas P. Kerest (Bar No. 647462) who has entered an appearance in this case, has moved this Court to grant leave for Byrne J. Decker to practice before this Court in this particular case.

Furthermore, I, Byrne J. Decker, do hereby certify the following:

(1) I am a member in good standing of the bars of every jurisdiction where I have been admitted to practice, which include the United States District Court for the District of Maine and the United States District Court for the District of New Hampshire.

(2) My office address and telephone number are: Pierce Atwood LLP, One Monument Square, Portland, ME 04101 (207-791-1100).

(3) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

(4) I am familiar with the Local Rules of the United States District Court for

the District of Massachusetts.

Accordingly, I request that this Court grant me leave to practice in the United States District Court for the District of Massachusetts in the case <u>Edward R. Noyes, Jr. v. Sun Life Assurance Company of Canada and Sun Life Financial</u>.

Sworn to this date under penalties of perjury.

Dated: February 21, 2006

/s/ Byrne J. Decker
Byrne J. Decker

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100