Dated: March 23, 2006

VIA FAX

ATTORNEY NIKOLAS P. KEREST
PIERCE ATWOOD
ONE MONUMENT SQUARE
PORTLAND, MAINE 04101
Tel no. (207) 791-1162
Fax no. (207) 791-1350

Re: Noyes v. Sun Life Assurance Company of Canada
   Civil action no. 05-CV-11640-NG

Dear Counselor;

    Upon receiving your fax today re: setting up a date for mediation, then the phone discussion we had today, where you stated that if we cannot settle at mediation that I will be responsible for half of the bill, $600.00, enough is enough.

    I have nothing but the highest respect for the Court and Judge Alexander, I have agreed to come down to 50% of the claim, with the retroactive, totaling $200,000.00, and you are offering 33%, in light as you know I reside in Florida for the winter months, doctor's orders, plus my wife is disabled, I cannot leave my wife alone for too long. I cannot come back and forth flying, the cost is too demanding on our financial situation. In light that the Court has ordered us back to Court on April 21, 2006, I will have to make travel arrangements in advance, the bottom line is this:

    **I will agree to take a total of $200,000.00 as a buy-out, which is more than fair, this offer is good till next Friday, March 31, 2006, where I then will make travel arrangements to fly back here for the April 21, 2006 court date. I will let the Court decide if I Am disabled, if she does not think I am disabled, a lot of doctors, including doctors that Sun Life contacted to examine me and my records are WRONG.**

    I am forwarding a copy of this to the Court, and I hope that the Court can respect my position.

    Thank you for your attention to this matter, I am returning back to Florida tomorrow.

Very truly yours,

*Edward Noyes, Jr.*

Edward R. Noyes, Jr.
Plaintiff, pro-se
197 Hilldale Ave.
Haverhill, Mass. 01830
Tel no. (978)835-8333
Fax no. (978)373-8934

ERN,Jr.
Cc: Honorable Joyce London Alexander, U.S. Magistrate Judge

# FAX

American Speedy Printing Center
Tel. 978-373-0135
Fax 978-373-8934

Date 3/23/06
Number of pages including cover sheet 4

To: Vincencia Miner, Secretary to the Honorable Alexander Registrate Judge U.S. Courthouse 1 Courthouse Way, Boston

Phone
Fax 617-748-4584
CC:

From: Edward R. Noyes, Jr.
American Speedy Printing
57 River Street
Haverhill, MA 01832

Phone 978-835-F333
Fax (978) 373-8934

**REMARKS**
☐ Urgent   ☐ For your review   ☐ Reply ASAP   ☐ Please comment

Thank You

Dated: March 23, 2006

Faxed Today:

VALENCIA MINER
SECRETARY TO THE VERY
HONORABLE JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210
Tel no. (617) 748-9236
Fax no. (617) 748- 4584

Re: Noyes v. Sun Life assuance Company of Canada
    Civil action no. 05-CV-11640-NG

Dear Ms. Valencia;

   Please find enclosed a copy of a communication to Attorney Nikolas P. Kerest In the above-entitled civil matter re: mediation that the Honorable Judge Alexander ordered.

   Thank you for your attention to this matter.

                                         Very truly yours,

                                         Edward R. Noyes, Jr.,
                                           Plaintiff, pro-se
                                         197 Hilldale Ave.
                                         Haverhill, Mass. 01830
                                         Tel no. (978)835-8333
                                         Fax no. (978)373-8934

ERN,Jr.
Enclosures
Cc: Att. Nikolas P. Kerest