Dated : March 27, 2006

Faxed today.

NIKOLAS P. KEREST
PIERCE ATWOOD
ATTORNEYS AT LAW
ONE MONUMENT SQUARE
PORTLAND, MAINE 04101
Tel no. (207) 791-1162
Fax no. (207) 791-1350

Re: Noyes v. Sun Life Assurance Company of Canada,
    Docket no. 05-CV-11640-NG

Dear Counselor;

  I am in receipt of your fax dated March 24, 2006, re: the federal mediation and a continuance of the April 21, 2006 hearing in front of the Honorable Magistrate-Judge Alexander. First, I oppose any continuation, reasons being two-fold: one: I will have to fly back for the mediation hearing which is yet to be scheduled, and secondly: I cannot keep flying back and forth, a financial strain plus very demanding upon me physically, plus my wife being disabled.
  Further, I received notice from the Mediation Group, re: a scheduled date, please inform them that their involvement is cancelled, of course I was never aware of any costs to me which I cannot afford, as we discussed immediately when you informed me of the $600.00 fee.
  Of course you implied on Friday that we can settle this matter, I cannot understand for the life of me WHY we cannot settle this matter NOW, so help me out.

  Thank you for your attention to these matters, of course, any questions, please feel free to call me.

                Very truly yours,

                *Edward R Noyes, Jr.*
                Edward R. Noyes, Jr.
                197 Hilldale Ave.
                Haverhill, Mass. 01830
                Tel no. (978)835-8333
                Fax no. (941)-792-0395

ERN,Jr.
Cc: Honorable Magistrate-Judge Alexander (via first class mail)