UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD R. NOYES, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-CV-11640 NG |
| ) | |
| SUN LIFE ASSURANCE COMPANY ) | |
| OF CANADA and ) | |
| SUN LIFE FINANCIAL, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the District of Massachusetts the below named attorney enters an appearance as counsel for Defendant Sun Life Assurance Company of Canada:

>Byrne J. Decker
>Pierce Atwood LLP
>One Monument Square
>Portland, ME  04101
>(207) 791-1100

Dated:  April 5, 2006

>/s/ Byrne J. Decker
>Byrne J. Decker
>
>PIERCE ATWOOD LLP
>One Monument Square
>Portland, ME  04101
>(207) 791-1100
>
>Attorneys for Defendant
>Sun Life Assurance Company of Canada

{W0452832.1}

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the enclosed pleadings were served upon Plaintiff, via regular mail, postage prepaid, addressed as follows:

> Edward R. Noyes, Jr.
> 197 Hilldale Avenue
> Haverhill, MA 01830

DATED:  April 5, 2006

                /s/ Byrne J. Decker
                Byrne J. Decker

                PIERCE ATWOOD LLP
                One Monument Square
                Portland, ME  04101
                (207) 791-1100

                Attorneys for Defendant
                Sun Life Assurance Company of Canada

{W0452832.1}