# United States District Court
# District of Massachusetts

EDWARD R. NOYES,
       Plaintiff,

       v.                              CIVIL ACTION NO. 2005-11640-NG

SUN LIFE ASSURANCE COMPANY
       OF CANADA,
SUN LIFE FINANCIAL,
       Defendants.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On June 27, 2006, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION      __X__ MEDIATION

\_\_\_\_\_ MINI-TRIAL                                \_\_\_\_\_ SUMMARY JURY TRIAL

\_\_\_\_\_ SETTLEMENT CONFERENCE

Plaintiff was present representing himself *pro se*, defendants' counsel was present. The representative of the defendants was absent due to a family medical emergency.

[X]    There was some progress. A further session is set for July 13, 2006 at 10:30 A.M. when the representative of the defendants will be present.

June 27, 2006                                        *Robert B. Collings*
DATE                                               ROBERT B. COLLINGS
                                                   United States Magistrate Judge

Copy to:    Judge Gertner
                Rebecca Tyler, Esquire,
                Counsel for the defendants.
                Mr. Noyes