# United States District Court
# District of Massachusetts

**EDWARD R. NOYES,**
    Plaintiff,

    v.                           CIVIL ACTION NO. 2005-11640-NG

SUN LIFE ASSURANCE COMPANY
    OF CANADA
SUN LIFE FINANCIAL,
    Defendants.


## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

    On July 13, 2006, I held the following ADR proceeding:

| _____ | EARLY NEUTRAL EVALUATION | __X__ | MEDIATION |
| _____ | MINI-TRIAL | _____ | SUMMARY JURY TRIAL |
| _____ | SETTLEMENT CONFERENCE | | |

Plaintiff's and defendant's counsel participated; the plaintiff and representatives of the defendants were present.

[X]    The case was SETTLED; your Clerk should issue a 45-day order.


<u>July 13, 2006</u>                                *Robert B. Collings*
DATE                                       ROBERT B. COLLINGS
                                                United States Magistrate Judge


Copy to:    Judge Gertner
                Rebecca Tyler, Esquire,
                Counsel for all parties.