# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

EDWARD R. NOYES
         Plaintiff

V.

SUN LIFE ASSURANCE CO. et al
         Defendant

CIVIL ACTION

NO.   05cv11640NG

## SETTLEMENT ORDER OF DISMISSAL

GERTNER, D. J.

The Court having been advised on   7/13/2006   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

By the Court,

7/13/2006
Date

/s/ JENNIFER FILO
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)