UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD R. NOYES, JR.,<br><br>    Plaintiff<br><br> v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA AND SUN LIFE FINANCIAL,<br><br>    Defendants | CIVIL ACTION<br>Docket No: 1:05-CV-11640 NG |

## STIPULATION OF DISMISSAL

NOW COME the Plaintiff, Edward R. Noyes, Jr., and the Defendants, Sun Life Assurance Company of Canada and Sun Life Financial, in the above-entitled matter and hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41, that the above-entitled action, including all counts of the Complaint, and all claims and counterclaims which actually were asserted or which could have been asserted, shall be dismissed with prejudice, without costs to any party, and waiving all rights of appeal.

              Respectfully submitted,

| | |
|---|---|
| /s/ Edward R. Noyes, Jr. | /s/ Byrne J. Decker_____ |
| Edward R. Noyes, Jr. | Byrne J. Decker |
| | Nikolas P. Kerest |
| 197 Hilldale Avenue | |
| Haverhill, MA 01830 | Pierce Atwood LLP |
| 978-835-8333 | One Monument Square |
| | Portland, ME 04101 |
| *Pro se* | 207-791-1100 |
| | |
| | *Attorneys for Defendants* |

DATED:  July 27, 2006

{W0542036.1}